FILED
February 14, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR S-06-0046 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| PAUL WESLEY DEMPSTER, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PAUL WESLEY DEMPTER , Case No. CR S-06-0046 WBS , Charge 18 USC § 1708 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $_____

X   Unsecured Appearance Bond $ 20,000.⁰⁰

__   Appearance Bond with 10% Deposit

__   Appearance Bond with Surety

__   Corporate Surety Bail Bond

X   (Other)   _Pretrial Services Supervision with conditions as noted._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on February 14, 2006 at 2:25 p.m.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal