DANIEL J. BRODERICK #89424
Acting Federal Defender
LEXI NEGIN, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
TABITHA RENEE GILBERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br> v.<br>TABITHA RENEE GILBERT, et al.<br>    Defendant. | NO. CR.S-06-046-WBS<br><br>**STIPULATION AND ORDER;**<br>**EXCLUSION OF TIME**<br><br>Date: March 23, 2006<br>Time: 2:00 p.m.<br>Judge: Hon. William B. Shubb |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MATTHEW STEGMAN, Assistant United States Attorney, attorney for Plaintiff, LEXI NEGIN, Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of February 23, 2006 shall be vacated and a status conference scheduled for March 23, 2006 at 2:00 p.m.  The jury trial date of April 11, 2006 shall also be vacated.

  This continuance is requested as defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

  Accordingly, all counsel and the defendant agree that time under

Stip and Order

the Speedy Trial Act from the date this stipulation is lodged, through March 23, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: February 22, 2006            Respectfully submitted,

                                                         DANIEL J. BRODERICK
                                                         Acting Federal Public Defender

DATED: February 22, 2006            /s/ LEXI NEGIN
                                                         LEXI NEGIN
                                                         Assistant Federal Defender
                                                         Attorney for Defendant
                                                         Tabitha Renee Gilbert

                                                         /s/ CARL LARSON
                                                         CARL LARSON
                                                         Attorney for Defendant
                                                         Paul Wesley Dempster

                                                         /s/ MICHAEL LAWRENCE CHASTAIN
                                                         MICHAEL LAWRENCE CHASTAIN
                                                         Attorney for Defendant
                                                         Halley Devyn Gilio

                                                         McGREGOR SCOTT
                                                         United States Attorney

DATED: February 22, 2006.           /s/ LEXI NEGIN for
                                                         MATTHEW STEGMAN
                                                         Assistant U.S. Attorney
                                                         Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded and the hearing continued in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

DATED: February 23, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE