UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,
  -vs-
Paul Wesley Dempster                    Docket No. CRS. 06-0046-WBS

**COMES NOW** Sandra Hall, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Paul Wesley Dempster, who was placed on bond by the Honorable Dale A. Drozd, sitting in the Court at Sacramento, California, on the 14th day of February, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:1708-Possession of Stolen Mail

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant failed to report to Pretrial Services as directed on May 15, 2006, failed to report to his treatment program in Nevada county, and was arrested by Nevada county sheriffs' on May 17, 2006, in a local motel allegedly under the influence of a controlled substance. He is currently in Nevada county jail.

**PRAYING THAT THE COURT WILL ORDER** a no bail bench warrant be issued for said defendant.

**LAST KNOWN ADDRESS:** On file with Pretrial Services
**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                        Respectfully submitted,

                                        /s/ Sandra D. Hall
                                        Sandra D. Hall
                                        Pretrial Services Officer
                                        DATE: May 19, 2006

_____ **_ORDER_** _____

XXXX   The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _no bail_.

_____   The Court hereby orders this ex parte motion and order be sealed.

_____   The Court orders a summons be issued with an appearance date of _____.

_____   The Court hereby orders this matter placed on this court's calendar on _____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____   The Court orders no action be taken.

                                        Considered and ordered this 19th day of
                                        May, 2006, and ordered filed and
                                        made a part of the records in the above case.

                                        /s/ Gregory G. Hollows
                                        _____
                                        U.S. Magistrate Judge/U.S. District Judge

dempster.ord

*rev. 8/99*

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

4. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

5. You shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

6. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

7. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

8. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

**CHRONOLOGY OF EVENTS:**

The defendant's case is currently set for a status conference before District Court Judge Shubb on June 16, 2006.